UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOUTHWEST MARINE AND GENERAL INSURANCE COMPANY,

Plaintiff,

-v-

THE TRAVELERS INDEMNITY COMPANY OF AMERICA,

Defendant.

CIVIL ACTION NO. 26 Civ. 4755 (MKV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion at the telephonic conference held today, September 17, 2026, a telephone conference to discuss the status of the parties' settlement discussions is scheduled for **December 17, 2026 at 12:00 p.m. ET** on the Court's conference line. The parties are directed to call 1-855-244-8681; access code: 2308 226 4654 at the scheduled time.

Dated: New York, New York
September 17, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**